IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LANCE RICHARDSON PAGAN (8) | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court upon another motion of the defendant for a continuance of this matter from the June 2, 2014 trial term in the Charlotte Division. (Doc. No. 157).

The Court previously denied the defendant's motion to continue the trial from this term. (Doc. No. 153: Motion; Doc. No. 158: Order). The instant motion alleges additional facts regarding the timeline of current counsel's appointment and the provision of discovery, as well as counsel's personal schedule. Balanced against counsel's concern about being prepared for trial this term is the defendant's request in September 2013 for a speedy trial. (Doc. No. 81: Letter at 2). This case has been continued four times previously, (Doc. Nos. 65, 90, 121, 142: Orders), and the defendant's choice to request new appointed counsel a month before trial, (Oral Order, May 2, 2014), does not outweigh the public's interest in resolution of this matter and the Court's interest in the orderly administration of justice. The defendant is alleged to have been part of a cocaine and crack distribution conspiracy (Count One) and to have possessed a firearm in furtherance of drug trafficking as a convicted felon (Counts Six and Seven). (Doc. No. 92: Indictment). Thus, the Court finds that the defendant has not stated sufficient cause for a

continuance in this matter and that counsel can be prepared for trial as scheduled with the exercise of due diligence.

      **IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 29, 2014

Robert J. Conrad, Jr.
United States District Judge