IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a motion by the defendant pro se, (Doc. No. 355), and several letters, (Doc. Nos. 346, 353, 354).

In the motion and letters, the defendant complains about the performance of his prior counsel. His conviction became final when the United States Court of Appeals for the Fourth Circuit affirm the Judgment. (Doc. No. 342: Opinion; Doc. No. 344: Mandate). Accordingly, such a claim would be appropriate to raise pursuant to 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 355), is **DENIED** without prejudice. The Clerk of Court is directed to send the defendant a copy of the Pro Se Prisoner 2255 Motion to Vacate Form at the place of his incarceration.

Signed: March 3, 2017

Robert J. Conrad, Jr.
United States District Judge