IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LANCE RICHARDSON PAGAN | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion for copies of "the original indictment and the one with the changes made by Judge Conrad Jr." (Doc. No. 362). Although the Court did not make any changes to the indictment, a superseding indictment was filed by the government. (<u>Compare</u> Doc. No. 3: Indictment <u>with</u> Doc. No. 92: Superseding Indictment).

The Court denied the defendant's previous request for documents and transcripts at government expense he filed in anticipation of raising a collateral attack on his conviction and sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 357: Motion; Doc. No. 360: Order). Since that time, the defendant filed a motion to vacate under § 2255. (Doc. No. 359). A court may order a clerk of court to provide documents to a petitioner who has been granted permission to proceed in forma pauperis on an application for a writ of habeas corpus. 28 U.S.C. § 2250. Here, the defendant seeks to challenge alleged drug amount changes from the original indictment. (Doc. No. 362: Motion at 1). Therefore, the Court finds he has satisfied the requirements to receive the requested documents.

**IT IS, THEREFORE, ORDERED** that defendant's motion for a copy of the indictment and superseding indictment, (Doc. No. 362), is **GRANTED**. The Clerk of Court is directed to

mail copy of a copy of the indictment and superseding indictment, (Doc. Nos. 3 and 92), to the defendant at Petersburg Low FCI.

Signed: June 1, 2017

Robert J. Conrad, Jr.
United States District Judge