IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN (8) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on retroactive amendments to the United States Sentencing Guidelines regarding drug offenses, (Doc. No. 373), and related pleadings.

The defendant was sentenced on May 29, 2015, using the 2014 edition of the United States Sentencing Guidelines Manual. (Doc. No. 292: Presentence Report at 6). Accordingly, the two point offense level reduction sought by the defendant was already incorporated in the original guideline calculation, and he is not entitled to further relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 373), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Federal Defender, the United States Attorney, and the United States Probation Office.

Signed: September 18, 2017

Robert J. Conrad, Jr.
United States District Judge