IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LANCE RICHARDSON PAGAN (8) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to dismiss the indictment. (Doc. No. 375).

The defendant argues that the Court lacks jurisdiction over him based on the claim that 18 U.S.C. § 3231 was never enacted. (Id. at 1). However, in his twenty-one page pleading he has not shown that any court has adopted that view of the statute. In fact, courts have routinely rejected the same claim in other cases. See e.g. United States v. Johnson, 270 F. App'x 191, 191-92 (3d Cir. 2008); United States v. Armijo, No. 08-2183, 2008 WL 5062178, slip op. at *1 (10th Cir. Dec. 2, 2008). Therefore, the defendant has not established that he is entitled to relief.

**IT IS THEREFORE ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: October 11, 2017

Robert J. Conrad, Jr.
United States District Judge