IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCE RICHARDSON PAGAN (8) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se request for his "case files." (Doc. No. 389).

The defendant continues to assert that he was wrongfully and unlawfully imprisoned on drug conspiracy charges, although the United States Court of Appeals for the Fourth Circuit affirmed his conviction and sentence, (Doc. No. 342: Opinion), and his motion to vacate under 28 U.S.C. § 2255 was denied, (Case No. 3:17-cr-144, Doc. No. 7: Order). The Court's docket does not reflect any pending case involving the defendant. Accordingly, he has not shown that he is entitled to the provision of any documents in his closed cases.

**IT IS, THEREFORE, ORDERED** that the defendant's request his "case files," (Doc. No. 389), is **DENIED**.

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge